**SO ORDERED.**

**SIGNED this 12th day of April, 2013.**



_____
Robert E. Nugent
United States Chief Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| In re: RICHARD D WATSON | ) ) ) ) | Case no. 11-13046-13 Chapter 13 |
| Debtor(s) | ) | |

*Electronically Filed*

ORDER WITHDRAWING TRUSTEE'S
<u>MOTION TO DISMISS</u>

At Wichita, Kansas, on December 12, 2012, this matter comes on for hearing on the Trustee's motion to dismiss the above captioned case, pursuant to notice duly given.

The Trustee advises the Court that the Debtor(s) has modified his plan, and therefore withdraws her motion to dismiss.

IT IS SO ORDERED.

# # #

Submitted:

*s/Laurie B. Williams*
_____
Laurie B. Williams, S. Ct. #12868
Standing Chapter 13 Trustee
300 W. Douglas Ave., Suite 650
Wichita KS 67202-2916
(316) 267-1791

OWITH.DOC/MAS/4/10/2013